IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **JACK MILLER, ANNABEL CAMPBELL, MATTHEW PESINA, LISA PESINA, M.P.,** a Minor and **J.G.,** a Minor,<br><br>Plaintiffs,<br><br>V.<br><br>**CHIEF JOSEPH SALVAGGIO,** In His Individual and Official Capacities, **OFFICER JIM WELLS,** In His Individual and Official Capacities, **OFFICER ANDERSON,** In His Individual and Official Capacities, **OFFICER SAUCEDO**, In His Individual and Official Capacities, **OFFICER J. VASQUEZ**, In His Individual and Official Capacities, **STATE POLICE OFFICER JOHN DOE,** In His In His Individual and Official Capacities, **BEXAR COUNTY MAGISTRATE,** In Their Individual and Official Capacities, **KIRBY POLICE DEPARTMENT** and **LEON VALLEY POLICE DEPARTMENT,** Jointly and Severally,<br><br>Defendants. | CIVIL ACTION NO. 20-cv-00642 JKP |

## **ORDER**

**ON THIS DAY** came on to be considered Defendants **CHIEF JOSEPH SALVAGGIO,** and **OFFICERS JIM WELLS, ANDERSON, SAUCEDO** and **J. VASQUEZ'** Motion to Dismiss, pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure and the Court after having considered the Motion finds said Motion to be meritorious;

**IT IS THEREFORE, ORDERED** that Defendants **CHIEF JOSEPH SALVAGGIO,** and **OFFICERS JIM WELLS, ANDERSON, SAUCEDO** and **J. VASQUEZ'** Motion to Dismiss be in all things **GRANTED**.

SIGNED this _____ day of _____, 2020.

_____
JASON K. PULLIUM
UNITED STATES DISTRICT JUDGE