# EXHIBIT A

Section 1.01 - Form of Government:

   The municipal government provided by this Charter shall be known as the "Council-Manager" form of Government. Pursuant to its provisions and subject only to the limitations imposed by the State Constitution, the statutes of this State and by this charter, all powers of the City shall be vested in an elective Council, hereinafter referred to as the "City Council," which shall enact local legislation, adopt budgets, determine policies and appoint the City Manager, who in turn shall be held responsible to the City Council for the execution of the laws and the administration of the government of the City. All power of the City shall be exercised in the manner prescribed by this Charter, or if the manner be not prescribed, then in such manner as may be prescribed by Ordinance, the State Constitution or the statutes of the State.

Exhibit "B"

Section 2.07 - General Powers and Duties:

All powers of the City shall be vested in the Council, except as otherwise provided by law or this Charter, and the Council shall provide for the exercise thereof and for the performance of all duties and obligations imposed on the city by law.

Exhibit "B"

# EXHIBIT B

Section 1.01 - Form of Government:

The municipal government provided by this Charter shall be known as the "Council-Manager" form of Government. Pursuant to its provisions and subject only to the limitations imposed by the State Constitution, the statutes of this State and by this charter, all powers of the City shall be vested in an elective Council, hereinafter referred to as the "City Council," which shall enact local legislation, adopt budgets, determine policies and appoint the City Manager, who in turn shall be held responsible to the City Council for the execution of the laws and the administration of the government of the City. All power of the City shall be exercised in the manner prescribed by this Charter, or if the manner be not prescribed, then in such manner as may be prescribed by Ordinance, the State Constitution or the statutes of the State.

Exhibit "B"