UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JACK MILLER, ANNABEL CAMPBELL, MATTHEW PESINA, LISA PESINA, M.P., a minor, and J.G., a minor,

        *Plaintiffs,*

v.

JOSEPH SALVAGGIO; JIM WELLS; OFFICER ANDERSON, OFFICER SAUCEDO; OFFICER J. VASQUEZ; OFFICER BROOKS; OFFICER KING; OFFICER MUNOZ; OFFICER RIVERA; STATE POLICE OFFICER JOHN DOE; CITY OF KIRBY and CITY OF LEON VALLEY,

        *Defendants.*
_____/

Case No.: 5:20-cv-642-JKP

## STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS (DOC. #16)

IT IS HEREBY STIPULATED by Plaintiffs, JACK MILLER, ANNABEL CAMPBELL, MATTHEW PESINA, LISA PESINA, M.P., and J.G., and Defendants LEON VALLEY POLICE OFFICERS BROOKS, KING, MUNOZ, and RIVERA, by and through their respective, undersigned counsel, and do hereby stipulate and agree to a two-week extension of time for Plaintiffs to respond to these Defendants' Motion to Dismiss (Doc. #16), providing a new filing deadline of December 11, 2020, for Plaintiffs to file their opposition to Defendants' motion.

SO STIPULATED.

| JOHNSON LAW, PLC | LAW OFFICES OF CHARLES S. FRIGERIO, PC |
|---|---|
| By: */s/ Solomon M. Radner* <br> Solomon M. Radner, Esq. <br> Michigan Bar. No. P73653 <br> Attorney for Plaintiffs <br> 535 Griswold St., Suite 2632 <br> Detroit, MI 48226 <br> 313.324.8300 (Telephone) <br> 313.324.8301 (Facsimile) | By: */s/ Charles S. Frigerio* <br> Charles S. Frigerio, Esq. <br> Texas Bar No. 07477500 <br> Attorney for Defendants <br> 111 Soledad, Suite 840 <br> San Antonio, TX 78205 <br> 210.271.7877 (Telephone) <br> 210.271.0602  (Facsimile) |

Dated: November 23, 2020

## **CERTIFICATE OF SERVICE**

Undersigned hereby states that on November 23, 2020, he caused the foregoing document to be filed electronically with the United States District Court and that a copy of said document was sent to all counsel of record through the Court's CM/ECF electronic filing system.

*/s/ Solomon M. Radner*