UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JACK MILLER, ANNABEL CAMPBELL, MATTHEW PESINA, LISA PESINA, M.P., a minor, and J.G., a minor,

        *Plaintiffs,*

v.

JOSEPH SALVAGGIO; JIM WELLS; OFFICER ANDERSON, OFFICER SAUCEDO; OFFICER J. VASQUEZ; OFFICER BROOKS; OFFICER KING; OFFICER MUNOZ; OFFICER RIVERA; STATE POLICE OFFICER JOHN DOE; CITY OF KIRBY and CITY OF LEON VALLEY,

        *Defendants.*
_____/

Case No.: 5:20-cv-642-JKP

### [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS (DOC. #16)

This matter having come before the Court upon stipulation of the Parties, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiffs shall file their response in opposition to Defendants Brooks, King, Munoz and Rivera's Motion to Dismiss (Doc. #16), no later than by December 11, 2020.

**SO ORDERED.**

_____
Hon. Jason K. Pullium
UNITED STATES DISTRICT JUDGE

Dated: November \_\_, 2020