UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

---

JACK MILLER, et al.

    *Plaintiffs,*        Case No. 2020-cv-642

v.        Hon. Jason K. Pulliam

JOSEPH SALVAGGIO, et al.

    *Defendants.*

---

## **MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

NOW COMES Solomon M. Radner, counsel for Plaintiffs, JACK MILLER, ANNABEL CAMPBELL, MATTHEW PESINA, LISA PESINA, M.P. and J.G., and respectfully moves this Court for leave to withdraw as counsel for the following reasons:

1. Undersigned was retained as counsel for Plaintiff, while undersigned was a partner of Excolo Law, PLLC in Michigan.

2. In October 2020, undersigned resigned from Excolo Law and recently began working at Johnson Law, PLC, in Detroit, MI.

3. As an employee of Johnson Law, PLC, undersigned counsels are unable to continue representing Plaintiffs in this matter.

4. Plaintiffs have been advised of this development and are seeking new counsel.

1

WHEREFORE, Undersigned respectfully requests this Honorable Court grant this Motion to Withdraw as Counsel, and any other relief the Court deems proper.

Respectfully submitted,

JOHNSON LAW, PLC

Dated: February 4, 2021          By: */s/ Solomon M. Radner*
　　　　　　　　　　　　　　　　　　Solomon M. Radner (P73653)
　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　　　　　　　　　535 Griswold, Suite 2632
　　　　　　　　　　　　　　　　　　Detroit, MI 48226
　　　　　　　　　　　　　　　　　　(313) 324-8300
　　　　　　　　　　　　　　　　　　sradner@venjohnsonlaw.com

## **CERTIFICATE OF SERVICE**

Undersigned hereby affirms that on February 4, 2021, he caused the foregoing document to be filed electronically with the United States District Court and that a copy of said document was sent to all counsel of record through the Court's CM/ECF electronic filing system, and has mailed a copy to Plaintiffs at:

> Jack Miller, Annabel Campbell
> Matthew Pesina, Lisa Pesina, M.P. and J.G.
> 4839 Dick Gordon
> San Antonio, TX 78219

　　　*/s/ Solomon M. Radner*