UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JACK MILLER, ANNABEL CAMP-
BELL, MATTHEW PESINA, LISA
PESINA, M. P., A MINOR; AND J. G.,
A MINOR;

    *Plaintiffs*,

v.                       No. SA-20-CV-00642-JKP

CHIEF JOSEPH SALVAGGIO, et al.,

    *Defendants*.

## REFERRAL ORDER

On this date the Court considered the status of this action. In accordance with the authority vested in the United States Magistrate Judge pursuant to Local Rule CV-72 and Appendix C of the Local Rules for the Assignment of Duties to United States Magistrate Judges, and pursuant to 28 U.S.C. § 636(b), the Court refers Counsel Solomon M. Radner's *Motion to Withdraw as Counsel for Plaintiffs* (ECF No. 24) to United States Magistrate Judge Richard B. Farrer for determination or recommendation as warranted.

**It is so ORDERED this 9th day of February 2021.**

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE