## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| JACK MILLER, ANNABEL CAMPBELL, MATTHEW PESINA, LISA PESINA, M.P., a minor, and J.G., a minor, | |
| *Plaintiffs,* | Case No.: 5:20-cv-642-JKP |
| v. | |
| JOSEPH SALVAGGIO; JIM WELLS; OFFICER ANDERSON, OFFICER SAUCEDO; OFFICER J. VASQUEZ; OFFICER BROOKS; OFFICER KING; OFFICER MUNOZ; OFFICER RIVERA; STATE POLICE OFFICER JOHN DOE; CITY OF KIRBY and CITY OF LEON VALLEY, | |
| *Defendants.* | |

### NOTICE OF ENTRY OF APPEARANCE AS COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Attorneys Brandon J. Grable and Austin M. Reyna of Grable Grimshaw Mora PLLC, 1603 Babcock Rd, Ste 280, San Antonio, TX 78229 who are admitted to practice in the US District Court Western District of Texas, and file this entry of appearance as counsel for Plaintiffs Jack Miller, Annabel Campbell, Matthew Pesina, Lisa Pesina, M.P., a Minor, and J.G., a Minor, and hereby advise the Court of their representation of the above-named Plaintiffs, and request notice of all future filings, settings, correspondence, and communication from the Court and other parties to the undersigned in accordance with the Federal Rules of Civil Procedure.

Respectfully Submitted,

**GRABLE GRIMSHAW MORA PLLC**

_____
**BRANDON J. GRABLE**
Texas State Bar No. 24086983
brandon@ggm.law
**AUSTIN M. REYNA**
Texas State Bar No. 24118645
austin@ggm.law
1603 Babcock Road, Suite 280
San Antonio, Texas  78229
Telephone: (210) 963-5297
Facsimile: (210) 641-3332
**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby affirm that on this 20th day of May 2021, that the foregoing document was filed with the Court's CM/ECF electronic filing system, and that a copy of said document was served upon all parties of record, via electronic service.

_____
Brandon J. Grable