

San Antonio  I  Austin  I  Rio Grande Valley
2517 N. Main Avenue  I  San Antonio, Texas 78212-4685
V 210-227-3243  I  F 210-225-4481

June 11, 2021

Austin M. Reyna                                                    **VIA E-NOTIFICATION**
Brando Grable
Grable Grimshaw Mora PLLC
1603 Babcock Road, Suite 280
San Antonio, Texas 78229

Charles S. Frigerio                                                **VIA E-NOTIFICATION**
Hector X. Saenz
LAW OFFICES OF CHARLES S. FRIGERIO
A Professional Corporation
Riverview Towers
111 Soledad, Suite 840
San Antonio, Texas 78205

RE:   *Jack Miller, et al. v. Chief Joseph Salvaggio, et al.*
      No. 20-cv-00642 (U.S.D.C., Western District, San Antonio Division)

Dear Mr. Reyna and Mr. Frigerio,

Please be advised that I will be on vacation beginning July 12, 2021, to July 19, 2021. As a matter of professional courtesy, I request that you avoid scheduling any matters in the above-referenced case on any of these dates and that no discovery, motions, pleadings or other instruments be filed or served when required a response to be filed during this period or immediately thereafter. Additionally, please avoid scheduling anything of significance during the last couple of days prior to the inception of my vacation.

I am copying counsel and notifying them of this request. I hereby request that counsel contact my office about any scheduling issues resulting from this notice that need to be addressed.

Should you have any questions, please do not hesitate to contact me. Thank you in advance for your professional courtesy in this matter.

Very truly yours,

DENTON NAVARRO ROCHA BERNAL & ZECH
A Professional Corporation

/s/ Adolfo Ruiz

ADOLFO RUIZ

AR/rdw

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing instrument has been served in accordance with the Texas Rules of Civil Procedure on this 11th day of June 2021, to the following:

Brandon Grable                                                  *Via: E-NOTIFICATION*
Austin M. Reyna
Grable Grimshaw Mora PLLC
1603 Babcock Road, Suite 280
San Antonio, Texas 78229

Charles S. Frigerio
Hector X. Saenz
LAW OFFICES OF CHARLES S. FRIGERIO
A Professional Corporation
Riverview Towers
111 Soledad, Suite 840
San Antonio, Texas 78205

*/s/ Adolfo Ruiz*
PATRICK C. BERNAL
ADOLFO RUIZ