**GRABLE GRIMSHAW MORA PLLC**

Brandon J. Grable, Member
Matthew A. Grimshaw, Member
Randy J. Mora, Member
Jacqueline M. Calvert
Davis M. Morrow
Austin M. Reyna
Jeffrey A. Saenz

June 25, 2021

**VIA E-SERVICE**

Re:   **Unavailability Notice of Brandon J. Grable Due to Military Service**

Dear Honorable Clerks of the Court and Counsel:

Please be advised that I will be out on leave for the US Army for the following dates:

1. July 11, 2021 through July 19, 2021: Army Reserve Duty
2. July 26, 2021 through July 30, 2021: Army Reserve Duty

I respectfully ask that no matters bet set for hearing or otherwise during these periods. By copy of this letter, I am notifying all counsel of record of this schedule. I will provide copies of orders upon request.

Please contact my office should you have any questions or concerns.

Thank you for your professional cooperation.

Brandon J. Grable