UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**JACK MILLER, et al.,**

    *Plaintiffs*,

v.                                            Case No. SA-20-cv-00642-JKP

**CHIEF JOSEPH SALVAGGIO, et al.,**

    *Defendants*,

## ORDER ON MOTION

On this day, the Court entered a Memorandum Opinion and Order granting in part *Defendants Leon Valley Police Officers Brooks, King, Munoz, and Rivera's Motion to Dismiss* (ECF No. 16) and granting Plaintiffs leave to amend their complaint on or before August 20, 2021. Because the granted leave to amend may resolve issues raised in the cities' motion to dismiss, the Court **DENIES** Defendants City of Leon Valley and City of Kirby's Motion to Dismiss (ECF No. 19) without prejudice to refiling against Plaintiffs' second amended complaint as warranted.

    It is so ORDERED this 6th day of August 2021.

                                                  **JASON PULLIAM**
                                                  **UNITED STATES DISTRICT JUDGE**